IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAVID T. RHODEN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 1:05CV56-MMP/AK**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act.  (Doc. 1).  Defendant has moved to remand this matter to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Defendant concedes that this action should be remanded to the Administrative Law Judge for additional action, and specifically requests that upon remand the

Administrative Law Judge shall evaluate Plaintiff's mental impairment; he shall accept or fully articulate his reasons for rejecting the opinion of Dr. Springs; and he shall re-contact Plaintiff's treating physicians, as necessary, to ascertain the reasons for their opinions and to address those opinion in accordance with the regulations, Social Security rulings, and applicable case law.

Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 11) be **GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings by the Administrative Law Judge, as set forth above.

**IN CHAMBERS** at Gainesville, Florida, this 29th day of August, 2005.

s/ A. Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:05CV56-MMP/AK