IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID T RHODEN,

    Plaintiff,

v.                                        CASE NO. 1:05-cv-00056-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that Doc. 11, Defendant's Agreed Motion to Remand be granted and cause be remanded to the Commissioner for further proceedings by the Administrative Law Judge. Objections to Report and Recommendation were due by 9/28/2005, but none were filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation is adopted and incorporated herein.

2.     Defendant's motion to remand (doc. 11) is GRANTED, and this cause REMANDED to the Commissioner for further proceedings by the Administrative Law Judge, as set forth in the Report and Recommendation.

**DONE AND ORDERED** this *7th* day of October, 2005

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge