IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID T RHODEN,

    Plaintiff,

v.                                                         CASE NO. 1:05-cv-00056-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412,. The defendant filed a response (doc. 20), indicating that the Commissioner does not contest the award or amount of attorney fees under the EAJA. The Court has reviewed the fees requested and finds that they are reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion (doc. 19) is granted. Attorney fees are awarded to the plaintiff in the total amount of $2,870.64, which represents 18.45 hours of attorney time multiplied by an hourly rate of $155.59.

**DONE AND ORDERED** this   *23rd* day of January, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge